UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE GUERRERO,

        Plaintiff,

vs.                        Case No.   2:05-cv-493-FtM-99DNF

MANCAN OF SOUTHWEST FLORIDA, INC.,

        Defendant.
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Motion In Limine to Exclude Admission of Certain Evidence of EEOC Findings (Doc. #68) filed on October 16, 2006, and Defendant's Supplemental Motion In Limine to Exclude Admission of Certain Evidence of EEOC Findings (Doc. #75) filed on October 25, 2006.  The parties have filed additional documents (Docs. #77-80) which were considered.

After reviewing the documents submitted by defendant as to the findings of the EEOC, the Court will exercise its discretion and preclude their admission in the plaintiff's case in chief.  This is a jury trial, and the liberal admissibility of such documents in a bench trial does not apply.  Walker v. Nationsbank of Florida, N.A., 53 F.3d 1548, 1554 (11th Cir. 1995).  The Court concludes that the potential prejudice from the admission of the documents, or related testimony, outweighs any probative value of the evidence.  If plaintiff feels that defendant has opened the door by

conduct at trial, she may seek reconsideration of the exclusion at trial.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion In Limine to Exclude Admission of Certain Evidence of EEOC Findings (Doc. #68) is **GRANTED** as set forth above.

2. Defendant's Supplemental Motion In Limine to Exclude Admission of Certain Evidence of EEOC Findings (Doc. #75) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   3rd   day of November, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record